**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELIZABETH DUFFY,

Plaintiff

v.

SHAHABUDDEEN A. ALLY, et al.,

Defendants

Case No.: 3:26-cv-00393-MMD-CSD

**Order**

The court is in receipt of mail returned as undeliverable to the Plaintiff in this case. Upon closer inspection, it appears the address on the court's docket contains a typo. As reflected on the envelope containing Plaintiff's complaint, the zip code in Plaintiff's address should be **54905**. The complete address reads:

Elizabeth Duffy
88 Main St
Oshkosh, WI 54905

The Clerk is therefore directed to update Plaintiff's address of record to the foregoing and to resend ECF No. 2 to Plaintiff at the updated address of record.

**IT IS SO ORDERED**.

Dated: September 17, 2026

Craig S. Denney
United States Magistrate Judge