UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ELIZABETH DUFFY,<br>Plaintiff,<br>v.<br>SHAHABUDDEEN A. ALLY, *et al.*,<br>Defendants. | Case No. 3:26-cv-00393-MMD-CSD<br>ORDER |

Pro se Plaintiff Elizabeth Duffy filed an initial application to proceed *in forma pauperis* ("IFP") (ECF No. 1) and a complaint (ECF No. 1-1 ("Complaint")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney, recommending that Plaintiff's complaint be dismissed without prejudice because Plaintiff has failed to plead sufficient facts to state a claim. (ECF No. 5 at 4.) Plaintiff had until October 1, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("[D]e novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). In the R&R, Judge Denney recommended that Plaintiff's IFP application be granted. (ECF No. 5 at 2.) Judge Denney then screened Plaintiff's Complaint, which contains a single vague and conclusory allegation that the six defendants "failed to show dignity at work." (*Id*. at 4.) Judge Denney determined that Plaintiff failed to plead sufficient facts, claims, or basis for this Court's subject matter jurisdiction and accordingly recommended dismissal without prejudice. (*Id*.) The Court agrees and will adopt Judge Denney's recommendations.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 5) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk of Court file Plaintiff's Complaint (ECF No. 1-1).

It is further ordered that Plaintiff's Complaint is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 7th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE