**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELIZABETH DUFFY,

Plaintiff

v.

SHAHABUDDEEN A. ALLY, et al.,

Defendants

Case No.: 3:26-cv-00393-MMD-CSD

**Order**

Under Local Rule IA 3-1, a pro se party must *immediately* file with the court written notification of any change of mailing address. The court has received notice of undelivered mail to the address currently provided by Plaintiff. (ECF No. 9.) Plaintiff shall file a notice of change of address by **November 3, 2026**. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: October 13, 2026

Craig S. Denney
United States Magistrate Judge